# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 5:24-CR-45-CAR-CHW |
| MICHAEL PRIEST, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant Michael Priest's Joint Motion to Continue [Doc. 28] the pretrial conference scheduled for October 16, 2024, and the trial of this case set for November 12, 2024. On August 14, 2024, the Grand Jury returned an indictment charging Defendant with one count of Possession of a Firearm by a Convicted Felon. On August 26, 2024, Defendant was arrested, and on August 27, 2024, Defendant was appointed counsel, pled not guilty at his arraignment, and after a detention hearing on August 30, 2024, was detained pending resolution of his charges. This case has once been previously continued, and the Government joins in Defendant's request.

In the Motion, defense counsel states she needs additional time to file pretrial motions and construct a defense. Having considered the matter, the Court finds it serves the ends of justice to continue the trial of this case. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure

to grant a continuance would deny counsel reasonable time to effectively represent Defendant, prepare pretrial motions, construct a defense, and could result in a miscarriage of justice.

Thus, Defendant's Joint Motion to Continue [Doc. 28] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until December 2, 2024, the next regularly scheduled term of Court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 15th day of October, 2024.

                                              s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT